UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORENZOE WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-000182 |
| | ) Judge Sharp |
| JOHN FUSON, | ) ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 29) recommending that Defendant's unopposed Motion for Summary Judgment (Docket No. 22) be granted. No objections have been filed to the R & R.

Having conducted *de novo* review in accordance with Rule 72 of the Federal Rule of Civil Procedure, the Court agrees with the recommended disposition. Not only did Plaintiff not respond to the Motion for Summary Judgment as required by the federal rules and this Court's local rules, he has wholly failed to show that Defendant Fuson either directly participated in the activity that allegedly violated Plaintiff's constitutional rights, or personally authorized, approved, or acquiesced in such activity.

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 29) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion for Summary Judgment (Docket No. 22) is hereby GRANTED; and

(3) Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE